# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

June 4, 2025

**BY ECF**

Hon. Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Moreno v. Delicias Calenas 95th Inc., et al.*
             *Case No. 24-CV-8321 (PK)*

Dear Judge Kuo,

    We are counsel to the plaintiff in the above-referenced matter. On April 28, 2025, plaintiff provided the defendants with the information required within paragraph 1 of the Court's Initial Pretrial Discovery Schedule and Order [Docket No. 4]. To date, the defendants have failed to comply with the Court's Order, nor have they provided reasons for their delinquency despite multiple requests to do so. Consequently, settlement discussions have not taken place. Therefore, plaintiff respectfully requests that a telephonic status conference be scheduled at the Court's earliest convenience.

                                       Respectfully submitted,

                                       */s/ Justin Cilenti*
                                       Justin Cilenti

cc: All Counsel (by ECF)